# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1347

_____

| | | |
|---|---|---|
| Alfredo Perez Pena, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District of |
| | * | Minnesota. |
| Red Wing Shoe Co., A Minnesota | * | |
| Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  October 22, 1999

Filed:  November 1, 1999

_____

Before BOWMAN, JOHN R. GIBSON, and BEAM, Circuit Judges.

_____

PER CURIAM.

Alfredo Perez Pena appeals the district court's grant of summary judgment that dismissed his claim of racial discrimination in hiring against Red Wing Shoe Company brought under Title VII and the Minnesota Human Rights Act. Pena also appeals the district court's denial of his motion to compel a response to discovery and the award of sanctions imposed for bringing that motion. We have reviewed the parties' briefs and the record, and we affirm the dismissal of the claim on the basis of the well-reasoned order of the district court. See 8th Cir. R. 47B. We also affirm the denial of

the discovery motion and the award of sanctions on the basis of the magistrate judge's thorough order as affirmed by the district court.  See id.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.